State of New York    )
                            S. S.
County of New York  )

## AFFIDAVIT OF EMPLOYMENT

Sonam T. Lama, over eighteen years of age, presently residing at: 21-80 21st Street. Apt#2B, Astoria, NY 11105, do hereby state under the penalty of perjury, as follows:

1. I have been a self-employed as a Sales representative in New York Life Insurance since the year 2003.

2. As a self-employed individual, I can not provide any type of payment advisal or pay stubs.

_____
Sonam T. Lama

Subscribed and Sworn to before me this  29th day of June 2010, at New York, New York.

_____
NOTARY PUBLIC

LORETO S. KUDERA
Notary Public, State of New York
No. 02KU6170704
Qualified in New York County
Commission Expires July 16, 20 11